JOHN P. BOIARDI, Appellant, *v.* MARDEN, ORTH & HASTINGS CORPORATION, Respondent.

*Appeal — order of Appellate Division reversing order of Special Term which overruled demurrer, sustaining said demurrer and directing dismissal of complaint not appealable of right to Court of Appeals — judgment must be entered and appeal taken therefrom.*

*Boiardi* v. *Marden, Orth & Hastings Corpn.*, 194 App. Div. 307, appeal dismissed.

(Argued January 14, 1921; decided February 1, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 17, 1920, which reversed an order of Special Term overruling a demurrer to the complaint, sustained said demurrer and directed a dismissal of the complaint.

*Neil P. Cullom* for appellant.

*Edward N. Perkins* for respondent.

Appeal dismisséd, with costs, on ground that no judgment was entered from which appeal could be taken; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.